# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANTONE NEAL, | CASE NO. 1:10-cv-02274-AWI-GBC (PC) |
| Plaintiff, | ORDER PERMITTING SECOND AMENDED COMPLAINT TO BE FILED |
| v. | (Doc. 10) |
| FRESNO COUNTY, | |
| Defendant. | |

**I.  Procedural History**

Keith Antone Neal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2010, Plaintiff filed his original complaint. Doc. 1. On December 20, 2010, Plaintiff filed the first amended complaint. Doc. 7. On March 8, 2011, Plaintiff submitted a second amended complaint without prior leave from the Court. Doc. 10.

**II.  Amending Complaint**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, since Plaintiff

1 previously amended his complaint, he is required to motion the Court for permission to file an
2 additional amended complaint.  Fed. R. Civ. P. 15(a).  However, the will allow Plaintiff to file his
3 second amended complaint logged on March 3, 2011.  Doc. 10.

**III.     Conclusion and Order**

Based on the foregoing, the Court HEREBY ORDERS that Plaintiff's second amended complaint be filed.  Doc. 10.

IT IS SO ORDERED.

Dated:   September 11, 2012

_____
UNITED STATES MAGISTRATE JUDGE